IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARING PARK,

    Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

                                       /

No. C 18-06603 WHA

**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND STAYING CASE**

*Pro se* plaintiff Waring Park has filed an application to proceed *in forma pauperis* in this action against the Social Security Administration. His application was previously denied for incompleteness, as only pages one and four of the application had been filed (Dkt. No. 4). Instead of filing a complete application in response, plaintiff has written a letter referring to another action within this district where his incomplete application was approved (Dkt. No. 6).

While the rules to proceed *in forma pauperis* may have been relaxed in the other action, the undersigned judge is obliged to require compliance with the rules. Pursuant to 28 U.S.C. § 1915(a), the applicant must submit an affidavit — a written statement *confirmed by oath* — which plaintiff Park has failed to submit.

Plaintiff's application is thus **DENIED WITHOUT PREJUDICE**. This action will be **STAYED** until plaintiff complies with the rule and demonstrates his need to proceed *in forma pauperis*. In order to help the application process for the *pro se* plaintiff, the application to

proceed *in forma pauperis* will be appended to this order and mailed to the address provided by plaintiff. Plaintiff must file his complete application or pay the filing fee by **NOON ON APRIL 15, 2019**, failing which the action will be dismissed.

**IT IS SO ORDERED.**

Dated: February 15, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE