IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARING PARK,

    Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. 18-06603 WHA

**ORDER DENYING MOTION TO CONSOLIDATE**

*Pro se* plaintiff Waring Park has renewed his request to consolidate the instant action with two other actions filed by plaintiff in this district (Dkt. No. 20). A prior order denied plaintiff's previous request to consolidate the instant action with *Park v. United States*, Case No. C 18-06621 (Judge Susan Illston) and *Park v. University of California San Francisco*, Case No. C 17-05944 (Judge Haywood Gilliam Jr.), explaining that those actions before Judges Illston and Gilliam Jr. have already been dismissed and subsequently closed (Dkt. No. 18 at 2). Those facts remain. Accordingly, plaintiff's renewed request to consolidate is **DENIED**. This order reminds plaintiff of the September 6 deadline to amend his complaint and that failure to meet this deadline will likely result in the dismissal of this action with prejudice (*see id*. at 3).

**IT IS SO ORDERED.**

Dated: September 3, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE