IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARING PARK,

    Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION, *et al.*,

    Defendants.

No. 18-06603 WHA

**JUDGMENT**

For the reasons stated in the order dismissing the complaint, **JUDGMENT IS HEREBY ENTERED** in favor of all defendants. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 29, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE