UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARING PARK,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of the Social Security Administration, et al.,

    Defendants.

No. C 18-06603 WHA

**ORDER ON MOTION TO VACATE AND REQUEST FOR DOCUMENTS**

The Court liberally construes plaintiff's letter dated January 2 (Dkt. No. 33) as a Rule 60 motion to vacate judgment and a request for documents. A Rule 60(a) motion is for correction of clerical mistakes in an order. Plaintiff alleges no such errors. A Rule 60(b) motion permits relief from judgment where "appropriate to accomplish justice," in cases such as a party's excusable neglect, opposing party's misconduct, discovery of new evidence, lack of subject-matter jurisdiction, or other "extraordinary circumstances." *See Henson v. Fidelity Nat'l Fin.*, 943 F.3d 434, 443 (9th Cir. 2019). Plaintiff's motion is an extensive disagreement with the order of dismissal (Dkt. No. 25). The undersigned appreciates plaintiff's candor, but notes plaintiff does not point to specific errors of law, new material facts, misconduct, or extraordinary circumstances warranting relief. The motion is **DENIED**.

Regarding plaintiff's request for documents. The Court notes that prior attempts to send plaintiff documents failed as undelivered (Dkt. Nos. 28, 29). But the Court emphasizes the

documents were sent to plaintiff's *address of record*. As noted previously (Dkt. No. 31), it appears plaintiff now corresponds with the Court from a new address. Plaintiff is **ORDERED** to *please* update his address of record with the Court and serve defendant a copy of the address change. Two forms to accomplish these tasks are attached. Once plaintiff updates his address, the clerk will send a second set of documents to the updated address.

**IT IS SO ORDERED.**

Dated: January 13, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2

1 | Your name: _____
2 | Address: _____
3 | _____
4 | Phone Number: _____
5 | E-mail Address: _____
6 | Pro se
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka
11 |
12 | _____ ) Case Number: _____
13 | _____ ) *[Name]* _____
14 | Plaintiff, ) **NOTICE OF CHANGE OF** *[check box]***:**
15 | vs. ) ☐ **ADDRESS**
16 | _____ ) ☐ **PHONE NUMBER**
17 | _____ ) ☐ **EMAIL**
18 | ) **Judge:** Hon. _____
19 | Defendant. )

20 | As of *[date of change]* _____,
21 | my contact information has changed *[check box and fill in]*:
22 | ☐ Address: _____
23 | _____
24 | ☐ Phone number: _____
25 | ☐ Email: _____
26 | Date: _____ Signature: _____
27 | Printed name: _____
28 | Pro Se

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. _____; PAGE 1 OF 1 [*JDC TEMPLATE Rev.6/2017*]



**CERTIFICATE OF SERVICE**

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Motion to Change Date of Hearing that you file and serve.*

1. **Case name:** _____ v. _____

2. **Case number:** _____

3. **Documents served:** Notice of Change of Contact Information

4. **How was the Motion served?** *[check one]*

    ☐ Placed in U.S. Mail

    ☐ Hand-delivered

    ☐ Sent for delivery (e.g., FedEx, UPS)

    ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **On whom was the Motion served?** *[For each person who was sent the document, write their full name and contact information used.]*

    _____  _____

    _____  _____

    _____  _____

    _____  _____

6. **When was the Motion served?** _____

7. **Who served the Motion?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: _____

    Name: _____

    Address: _____

    _____

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*